ORD (12/1/19) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 9, 2025

Clerk, U.S. Bankruptcy Court

BY **lew** DEPUTY

In re
**Troy Louis William Silva**

Debtor(s)

) Case No. **24–33038–thp7**
)
) ORDER RETURNING
) DOCUMENT(S)
)

**IT IS ORDERED** that:

1. The **Motion for Clarification** submitted to the court on **4/8/2025** by **Troy Silva** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **Returned per filer's request.**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court