TROY SILVA
4550 SW Betts Ave. #291
Beaverton, OR 97005
Tel. (510) 355-6635
TROYLSILVA@OUTLOOK.COM

Troy Silva, *Pro Se* Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| In Re: | Case No.: 24-33038-thp7 |
|---|---|
| Troy Louis William Silva, Debtor | MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS |

To the Honorable Court and All Interested Parties:

MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

I, the above-named debtor, respectfully request an extension of time to file the Chapter 7 schedules, statements, and other required documents.

This request is made in light of significant recent developments that materially affect the course of this case. On April 21, 2025, I received and accepted a formal, written, binding offer of employment from a public-sector agency, with a start date in May. This offer followed an extended candidacy process involving several preemployment conditions, and I did not receive confirmation that all conditions were cleared until today, April 21.

As a result of this change in circumstances, I have concurrently filed a motion to reconvert this case to Chapter 13.

Filing schedules at this time would require me to prepare a full set of documents under Chapter 7 standards, only to replace them immediately with a revised Chapter 13 set. I believe it would serve the interests of judicial economy, and reduce unnecessary administrative work for the trustee, to defer the requirement to file Chapter 7 schedules pending resolution of the motion to reconvert.

In the event reconversion is granted, I will promptly file updated and complete schedules in the Chapter 13 format. At this time, I have no significant assets and am not seeking a discharge under Chapter 7. Postpetition debt remains relatively small and manageable within a new Chapter 13 plan.

I respectfully request that the Court grant this motion and extend the deadline for filing the Chapter 7 documents until after the Court has ruled on the motion to reconvert.

Respectfully Submitted this 21st day of April 2025.

**Declaration**

I, Troy Louis William Silva, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 21, 2025.

/s/ Troy Louis William Silva
Troy Louis William Silva, Debtor

*MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS(Case 24-33038-thp7)*

2