NPC (6/29/20) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Troy Louis William Silva**
Debtor(s)

)
) Case No. **24–33038–thp7**
)
) NOTICE OF PROPOSED
) CONVERSION OF CASE
)
)

April 22, 2025

Clerk, U.S. Bankruptcy Court

BY **lew** DEPUTY

It appearing that a motion to convert the case was filed:

**NOTICE IS GIVEN** that this case may be converted as specified above unless, within 21 days of the above FILED date, a party in interest (1) files a written objection, setting forth the specific reasons for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204, and (2) serves the objection on:

Debtor(s) – Troy Louis William Silva , POB 291, Beaverton, OR 97075

This case will continue to be administered under its current chapter until an order stating otherwise is issued.

Clerk, U.S. Bankruptcy Court