U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**April 22, 2025**

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Teresa H. Pearson*
**U.S. Bankruptcy Judge**

TOOPSP (12/7/23) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Troy Louis William Silva**
Debtor(s)

Case No. **24–33038–thp7**

The court has reviewed the debtor's motion to extend time to file schedules and statements (ECF No. 79). The court believes it would serve its needs for judicial efficiency if the schedules and statements are filed prior to the court's review o

IT IS ORDERED: The court has reviewed the debtor's motion to extend time to file schedules and statements (ECF No. 79). The court believes it would serve its needs for judicial efficiency if the schedules and statements are filed prior to the court's review of the debtor's motion to re–convert the case back to chapter 13. Therefore, the debtor must file a complete set of schedules and statements on the appropriate official forms and a separate mailing list of new creditors whose unpaid debts were incurred after filing of the petition and before the date this case was converted to chapter 7, prepared and submitted according to LBF 104, no later than May 6, 2025. No further extensions will be granted.

###