United States Bankruptcy Court
District of Oregon

In re:                                                                                          Case No. 24-33038-thp
Troy Louis William Silva                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3                User: Admin.                                    Page 1 of 2
Date Rcvd: Apr 22, 2025        Form ID: NPC                                  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Louis William Silva, POB 291, Beaverton, OR 97075-0291 |
| 102725470 | + | Embassy Suites by Hilton, 9000 SW Washington Square Rd, Tigard, OR 97223-4497 |
| 102725473 | | Karlin Mini & RV Storage, 33405 SW Fir Lane, Scappoose, OR 97056 |
| 102725472 | + | Store Quest Self Storage, 12800 SW Pacific Hwy, Tigard, OR 97223-5031 |
| 102725471 | + | U-Store Self Storage St. Helens, 445 Port Ave Suite D, St Helens, OR 97051-6225 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 102725474 | + | Email/Text: collections@nwprioritycu.org | Apr 23 2025 00:50:00 | NW Priority CU, 12630 SE Division St, Portland, OR 97236-3198 |
| 102742172 | + | Email/Text: bankruptcy.revenue@oregon.gov | Apr 23 2025 00:49:00 | Oregon Dept of Revenue, ODR Bkcy, 955 Center St NE, Salem OR 97301-2553 |
| 102725475 | + | Email/PDF: credit.collections@pgn.com | Apr 23 2025 01:03:00 | PGE, 121 SW Salmon St, Portland, OR 97204-2991 |
| 102726424 | + | Email/PDF: credit.collections@pgn.com | Apr 23 2025 01:03:00 | Portland General Electric, 7895 SW Mohawk St, Tualatin OR 97062-9192 |
| 102746821 | | Email/Text: bankruptcy1@acecashexpress.com | Apr 23 2025 00:49:00 | Quantum3 Group LLC as agent for Populus Financial, PO Box 788, Kirkland, WA 98083-0788 |
| 102725469 | + | Email/Text: edbknotices@ecmc.org | Apr 23 2025 00:50:00 | United States Dept of Education, Office of Federal Student Aid, Bankruptcy Section, 50 United Nations Plaza Mail Box 1200, San Francisco, CA 94102-4918 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Oregon Dept of Revenue, ODR Bkcy, 955 Center St NE, Salem, OR 97301-2553 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0979-3 | User: Admin. | Page 2 of 2
Date Rcvd: Apr 22, 2025 | Form ID: NPC | Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025          Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| NPC (6/29/20) lew | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |

In re )
**Troy Louis William Silva** )  Case No. **24–33038–thp7**
Debtor(s) )
)  NOTICE OF PROPOSED
)  CONVERSION OF CASE
)
)

April 22, 2025

Clerk, U.S. Bankruptcy Court

BY **lew** DEPUTY

It appearing that a motion to convert the case was filed:

**NOTICE IS GIVEN** that this case may be converted as specified above unless, within 21 days of the above FILED date, a party in interest (1) files a written objection, setting forth the specific reasons for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204, and (2) serves the objection on:

Debtor(s) – Troy Louis William Silva , POB 291, Beaverton, OR 97075

This case will continue to be administered under its current chapter until an order stating otherwise is issued.

Clerk, U.S. Bankruptcy Court