United States Bankruptcy Court
District of Oregon

In re:                                                                        Case No. 24-33038-thp

Troy Louis William Silva                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3                  User: Admin.                    Page 1 of 1

Date Rcvd: Apr 22, 2025              Form ID: TOOPSP               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Troy Louis William Silva, POB 291, Beaverton, OR 97075-0291 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2025                   Signature:        /s/Gustava Winters

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**April 22, 2025**

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Teresa H. Pearson*

**U.S. Bankruptcy Judge**

TOOPSP (12/7/23) lew

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re
 **Troy Louis William Silva**
Debtor(s)

)
)
)
)
)
)
)
)
)
)

Case No. **24–33038–thp7**

The court has reviewed the debtor's motion to extend time to file schedules and statements (ECF No. 79). The court believes it would serve its needs for judicial efficiency if the schedules and statements are filed prior to the court's review o

IT IS ORDERED: The court has reviewed the debtor's motion to extend time to file schedules and statements (ECF No. 79). The court believes it would serve its needs for judicial efficiency if the schedules and statements are filed prior to the court's review of the debtor's motion to re–convert the case back to chapter 13. Therefore, the debtor must file a complete set of schedules and statements on the appropriate official forms and a separate mailing list of new creditors whose unpaid debts were incurred after filing of the petition and before the date this case was converted to chapter 7, prepared and submitted according to LBF 104, no later than May 6, 2025. No further extensions will be granted.

### ###